UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM BEDFORD GREENE,
JR.,

      Plaintiff,

v.                                                            Case No:  5:26-cv-111-SPC-PRL

VINES HOSPITAL LLC,

      Defendant.

_____

### OPINION AND ORDER

This matter comes before the Court on United States Magistrate Judge Philip R. Lammens' Report and Recommendation ("R&R").  (Doc. 6).  Judge Lammens recommends denying Plaintiff William Bedford Greene, Jr.'s request to proceed *in forma pauperis* (Doc. 2) and dismissing the case without prejudice.  (Doc. 6).  Plaintiff did not file an objection to the R&R.[1]  The R&R is thus ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to a R&R's factual findings and legal conclusions.  *See* Fed. R. Civ. P. 72(b)(2); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C).  Because Plaintiff failed to do so, he waives his right to challenge on appeal any unobjected-to factual finding or legal conclusion the Court adopts from the R&R.  *See* 11th Cir. R. 3-1.

portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file carefully and independently, and upon considering Judge Lammens' findings and recommendations, the Court accepts and adopts the R&R.

Accordingly, it is now **ORDERED:**

(1) The Report and Recommendation (Doc. 6) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff William Bedford Greene, Jr.'s request to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(4) The Clerk is DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE and ORDERED** in Fort Myers, Florida on April 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2